UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| JEM MARKETING, INC. | § | Case No. 12-42024 |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Mark A. Weisbart, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,643,009.03<br>(Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $917,151.65 | Claims Discharged<br>Without Payment: NA |
| Total Expenses of Administration: $577,076.44 | |

3) Total gross receipts of $1,494,228.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,494,228.09 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $2,946,823.97 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $575,439.87 | $577,076.44 | $577,076.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $12,809.62 | $4,459.66 | $4,459.66 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $15,129,288.55 | $21,234,108.82 | $2,418,362.00 | $912,691.99 |
| **TOTAL DISBURSEMENTS** | $18,076,112.52 | $21,822,358.31 | $2,999,898.10 | $1,494,228.09 |

4) This case was originally filed under chapter 7 on 07/31/2012. The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 09/08/2017 By : /s/ Mark A. Weisbart

Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Illinois Tax Refund (waiting or Payment) | 1124-000 | $69,415.09 |
| Remnant Assets | 1229-000 | $3,500.00 |
| Refund of Trustee Bond | 1229-000 | $1,313.00 |
| Litigation Claims | 1249-000 | $1,420,000.00 |
| **TOTAL GROSS RECEIPTS** | | $1,494,228.09 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CVV Software, Inc. Little Palm | | $2,619,598.33 | NA | NA | $0.00 |
| | Digital River, Inc. | | $327,225.64 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $2,946,823.97 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United States Bankruptcy Court Clerk | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| Mark Weisbart | 2100-000 | NA | $68,076.84 | $68,076.84 | $68,076.84 |
| DOHMEYER VALUATION CORP | 3711-000 | NA | $11,055.00 | $11,055.00 | $11,055.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $3,550.00 | $3,550.00 | $3,550.00 |
| Mark Weisbart | 2200-000 | NA | $347.50 | $1,984.07 | $1,984.07 |
| BAILEY GLASSER LLC | 3210-000 | NA | $114,545.25 | $114,545.25 | $114,545.25 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARK A. WEISBART | 3110-000 | NA | $139,108.00 | $139,108.00 | $139,108.00 |
| MARK A. WEISBART | 3210-600 | NA | $227,920.00 | $227,920.00 | $227,920.00 |
| BAILEY GLASSER LLC | 3220-000 | NA | $3,148.83 | $3,148.83 | $3,148.83 |
| MARK A. WEISBART | 3120-000 | NA | $5,373.02 | $5,373.02 | $5,373.02 |
| MARK A. WEISBART | 3220-610 | NA | $2,134.43 | $2,134.43 | $2,134.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $575,439.87 | $577,076.44 | $577,076.44 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 02 | Internal Revenue Service | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 03A | ARIZONA DEPARTMENT OF | 5800-000 | NA | $1,052.98 | $1,052.98 | $1,052.98 |
| 04 | COMPTROLLER OF PUBLIC | 5800-000 | NA | $10,167.52 | $3,406.68 | $3,406.68 |
| 12A | ILLINOIS DEPARTMENT OF | 5800-000 | NA | $1,589.12 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $12,809.62 | $4,459.66 | $4,459.66 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | DEPARTMENT OF REVENUE, | 7100-000 | NA | $100.00 | $100.00 | $4.91 |
| 10 | CROWE HORWATH LLP | 7100-000 | NA | $29,223.54 | $29,223.54 | $1,433.93 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 09 | MIKE FISCHLER ET AL. | 7100-000 | NA | $1,550,248.94 | $0.00 | $0.00 |
| 08 | MIKE FISCHLER ET AL. | 7100-000 | NA | $1,550,248.94 | $0.00 | $0.00 |
| 07 | MIKE FISCHLER ET AL. | 7100-000 | NA | $1,550,248.94 | $0.00 | $0.00 |
| 06 | MIKE FISCHLER ET AL. | 7100-000 | NA | $1,550,248.94 | $1,550,248.94 | $76,067.20 |
| 05 | DIGITAL RIVER, INC. | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 03B | Arizona Department of Revenue | 7100-000 | NA | $3,789.52 | $3,789.52 | $185.95 |
| 01 | COLLEGE MEDIA CORPORATION | 7100-000 | NA | $15,000,000.00 | $835,000.00 | $835,000.00 |
| | Buehler Companies | | $750.00 | NA | NA | $0.00 |
| | College Media Corporation | | $15,000,000.0 | NA | NA | $0.00 |
| | Crowe Horwath LLP | | $25,000.00 | NA | NA | $0.00 |
| | Dorsey & Whitney, LLP | | NA | NA | NA | $0.00 |
| | Hunton & Williams | | $25,000.00 | NA | NA | $0.00 |
| | John H. Tinney, Jr. The Tinney | | $25,000.00 | NA | NA | $0.00 |
| | Macleay, Lynch, Gregg & Lynch, | | $4,455.99 | NA | NA | $0.00 |
| | Mike Fischler, James N. Jones, | | $44,082.56 | NA | NA | $0.00 |
| | Spidi & Fish, PC | | $5,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $15,129,288.55 | $21,234,108.82 | $2,418,362.00 | $912,691.99 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** 12-42024 **Judge:** Brenda Rhoades **Trustee Name:** Mark A. Weisbart
**Case Name:** JEM MARKETING, INC. **Date Filed (f) or Converted (c):** 07/31/2012 (f)
**341(a) Meeting Date:** 09/07/2012
**For Period Ending:** 09/08/2017 **Claims Bar Date:** 12/26/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. JEM Acquisition General Escrow | 512,810.85 | 0.00 | | 0.00 | FA |
| 2. JEM/CVV Software Escrow at Capital One (Managed by | 1,130,006.45 | 0.00 | | 0.00 | FA |
| 3. JP Morgan Checking | 100.29 | 0.00 | | 0.00 | FA |
| 4. JP Morgan Checking | 91.44 | 0.00 | | 0.00 | FA |
| 5. Tax Escrow Account. As part of the Asset Sale agr | 0.00 | 0.00 | | 0.00 | FA |
| 6. Illinois Tax Refund (waiting or Payment) | 79,022.00 | 69,415.09 | | 69,415.09 | FA |
| 7. Litigation Claims (u) | 0.00 | 1,420,000.00 | | 1,420,000.00 | FA |
| 8. Remnant Assets (u) | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 9. Refund of Trustee Bond (u) | 0.00 | 1,313.00 | | 1,313.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 1,722,031.03 | 1,494,228.09 | | 1,494,228.09 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

 **Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** **12-42024** **Judge:** **Brenda Rhoades** **Trustee Name:** **Mark A. Weisbart**
**Case Name:** **JEM MARKETING, INC.** **Date Filed (f) or Converted (c):** **07/31/2012 (f)**
**341(a) Meeting Date:** **09/07/2012**
**For Period Ending:** **09/08/2017** **Claims Bar Date:** **12/26/2012**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2013 **Current Projected Date of Final Report(TFR) :** 07/31/2017

**Trustee's Signature** /s/Mark A. Weisbart **Date:** 09/08/2017

Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251
Phone : (972) 628-4903

 **Exhibit 8**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 12-42024
**Case Name:** JEM MARKETING, INC.
**Taxpayer ID No:** **-***9330
**For Period Ending:** 9/8/2017

**Trustee Name:** Mark A. Weisbart
**Bank Name:** First National Bank of Vinita
**Account Number/CD#:** ******3211 Checking Account
**Blanket bond (per case limit):** 300,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/27/2016 | [7] | JourneyEd.com Inc. | Settlement of Litigation | | 1249-000 | 25,000.00 | | 25,000.00 |
| 05/27/2016 | [7] | Digital River Inc | Settlement of Litigation | | 1249-000 | 8,000.00 | | 33,000.00 |
| 05/27/2016 | [7] | Dykema Gossett PLLC | Settlement of Litigation | | 1249-000 | 987,000.00 | | 1,020,000.00 |
| 05/31/2016 | 10001 | Dohmeyer Valuation Corp<br>2374 Aspermount Drive | Valuation Expert Fees | | 3711-000 | | 11,055.00 | 1,008,945.00 |
| *05/31/2016 | 10002 | Bailey Glasser LLC<br>1054 31st Street, NW<br>Suite 230<br>Washington , DC 20007 | Attorney For Trustee Fees/Expenses | | | | 53,635.00 | 955,310.00 |
| | | | | (51,684.00) | 3210-004 | | | |
| | | | EXPENSE | (1,951.00) | 3220-004 | | | |
| 06/01/2016 | [6] | Fox, Swibel, Levin & Carroll, LLP | Sale of Illinois Tax Refund | | 1124-000 | 69,415.09 | | 1,024,725.09 |
| 06/07/2016 | 10003 | International Sureties, LTD.<br>701 Poydras Street, Suite 420<br>New Orleans , LA 70139 | Trustee Bond<br>Bond # 016070544 | | 2300-000 | | 3,550.00 | 1,021,175.09 |
| | | | | | Page Subtotals | 1,089,415.09 | 68,240.00 | |



**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 12-42024
**Case Name:** JEM MARKETING, INC.

**Taxpayer ID No:** **-***9330
**For Period Ending:** 9/8/2017

**Trustee Name:** Mark A. Weisbart
**Bank Name:** First National Bank of Vinita
**Account Number/CD#:** ******3211 Checking Account
**Blanket bond (per case limit):** 300,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/16/2016 | 10004 | Bailey Glasser LLC<br>1054 31st Street, NW Suite 230<br>Washington , DC 20007 | Attorney for Trustee Fees/Expenses | | | | 53,635.00 | 967,540.09 |
| | | | | (51,684.00) | 3210-000 | | | |
| | | | EXPENSE | (1,951.00) | 3220-000 | | | |
| *06/16/2016 | | Reverses Check # 10002 | Stop Payment Reversal<br>STOP PAY SUCCUSSFUL | | | | (53,635.00) | 1,021,175.09 |
| | | | | 51,684.00 | 3210-004 | | | |
| | | | EXPENSE | 1,951.00 | 3220-004 | | | |
| 06/22/2016 | [7] | Wells Fargo Bank NA | Settlement of Litigation | | 1249-000 | 400,000.00 | | 1,421,175.09 |
| 06/24/2016 | 1000 | Cohen Milstein Sellers & Toll PLLC | Settlement of Litigation | | 7100-000 | | 835,000.00 | 586,175.09 |
| 09/06/2016 | | Transfer to Texas Capital Bank | | | 9999-000 | | 586,175.09 | 0.00 |
| | | | | | Page Subtotals | 400,000.00 | 1,421,175.09 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 12-42024
**Case Name:** JEM MARKETING, INC.
**Taxpayer ID No:** **-***9330
**For Period Ending:** 9/8/2017

**Trustee Name:** Mark A. Weisbart
**Bank Name:** First National Bank of Vinita
**Account Number/CD#:** ******3211 Checking Account
**Blanket bond (per case limit):** 300,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Page Subtotals | | | | |

| | Deposits($) | Disbursements($) |
|---|---|---|
| **COLUMN TOTALS** | 1,489,415.09 | 1,489,415.09 |
| Less:Bank Transfer/CD's | 0.00 | 586,175.09 |
| **SUBTOTALS** | 1,489,415.09 | 903,240.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 1,489,415.09 | 903,240.00 |



**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 12-42024
**Case Name:** JEM MARKETING, INC.

**Taxpayer ID No:** **-***9330
**For Period Ending:** 9/8/2017

**Trustee Name:** Mark A. Weisbart
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******9718 Checking Account
**Blanket bond (per case limit):** 300,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/06/2016 | | Transfer from FNB of Vinita | | 9999-000 | 586,175.09 | | 586,175.09 |
| *09/22/2016 | 52001 | Bailey & Glasser LLP<br>209 Capitol Street<br>Charleston, WV 25301 | Attorney for Trustee Fees/Expenses | | | 117,694.08 | 468,481.01 |
| | | | (114,545.25) | 3210-003 | | | |
| | | | (3,148.83) | 3220-003 | | | |
| 09/27/2016 | 52002 | Bailey & Glasser LLP<br>209 Capitol Street<br>Charleston, WV 25301 | Attorney for Trustee Fees/Expenses | | | 64,059.08 | 404,421.93 |
| | | | (62,861.25) | 3210-000 | | | |
| | | | (1,197.83) | 3220-000 | | | |
| *09/27/2016 | | Bailey & Glasser LLP<br>209 Capitol Street<br>Charleston, WV 25301 | Attorney for Trustee Fees/Expenses | | | (117,694.08) | 522,116.01 |
| | | | 114,545.25 | 3210-003 | | | |
| | | | 3,148.83 | 3220-003 | | | |
| 10/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 682.53 | 521,433.48 |
| | | | | Page Subtotals | 586,175.09 | 64,741.61 | |



**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 12-42024
**Case Name:** JEM MARKETING, INC.

**Taxpayer ID No:** **-***9330
**For Period Ending:** 9/8/2017

**Trustee Name:** Mark A. Weisbart
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******9718 Checking Account
**Blanket bond (per case limit):** 300,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/04/2016 | | Texas Capital Bank | Bank Service Charge Refund | 2600-000 | | (682.53) | 522,116.01 |
| 01/10/2017 | 52003 | Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251 | Special Counsel Fees & Expenses | | | 230,054.43 | 292,061.58 |
| | | | (227,920.00) | 3210-600 | | | |
| | | | (2,134.43) | 3220-610 | | | |
| 01/26/2017 | 52004 | United States Bankruptcy Court<br>660 North Central Expressway, Suite 300B<br>Plano, TX 75074 | Motion to Sell Filing Fee | 2700-000 | | 181.00 | 291,880.58 |
| 02/24/2017 | [8] | Oak Point Partners, Inc. | Sale of Remnant Assets | 1229-000 | 3,500.00 | | 295,380.58 |
| 02/24/2017 | [9] | Global Surety LLC | Refund of Trustee Bond | 1229-000 | 1,313.00 | | 296,693.58 |
| 07/05/2017 | 52005 | Mark Weisbart<br>12770 Coit Road<br>Suite 541<br>Dallas, TX 75251 | Trustee's Compensation | 2100-000 | | 68,076.84 | 228,616.74 |
| 07/05/2017 | 52006 | Mark Weisbart<br>12770 Coit Road<br>Suite 541<br>Dallas, TX 75251 | | 2200-000 | | 1,984.07 | 226,632.67 |
| | | | | Page Subtotals | 4,813.00 | 299,613.81 | |



**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 12-42024
**Case Name:** JEM MARKETING, INC.

**Taxpayer ID No:** **-***9330
**For Period Ending:** 9/8/2017

**Trustee Name:** Mark A. Weisbart
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******9718 Checking Account
**Blanket bond (per case limit):** 300,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/05/2017 | 52007 | MARK A. WEISBART<br>12770 Coit Road, Suite 541<br>Dallas , TX 75251 | | 3110-000 | | 139,108.00 | 87,524.67 |
| 07/05/2017 | 52008 | MARK A. WEISBART<br>12770 Coit Road, Suite 541<br>Dallas , TX 75251 | | 3120-000 | | 5,373.02 | 82,151.65 |
| 07/05/2017 | 52009 | ARIZONA DEPARTMENT OF REVENUE<br>272 West Washington Ave.,<br>Phoenix , AZ 85007 | Disb of 100.00% to Claim #03A | 5800-000 | | 1,052.98 | 81,098.67 |
| 07/05/2017 | 52010 | COMPTROLLER OF PUBLIC ACCOUNTS<br>Revenue Accounting Division<br>Attn: Bankruptcy<br>PO Box 13528<br>Austin , TX 78711-3528 | Disb of 100.00% to Claim #04<br>Acct No. 3303 | 5800-000 | | 3,406.68 | 77,691.99 |
| 07/05/2017 | 52011 | Arizona Department of Revenue<br>272 West Washington Ave<br>Phoenix, AZ 85007 | Disb of 4.91% to Claim #03B | 7100-000 | | 185.95 | 77,506.04 |
| 07/05/2017 | 52012 | MIKE FISCHLER ET AL.<br>c/o Jesse Moore<br>Dykema Cox Smith<br>111 Congress Ave., Suite 1800<br>Austin , TX 78701 | Disb of 4.91% to Claim #06<br>(6-1) Judgment | 7100-000 | | 76,067.20 | 1,438.84 |
| | | | | Page Subtotals | 0.00 | 225,193.83 | |



**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 12-42024
**Case Name:** JEM MARKETING, INC.
**Taxpayer ID No:** **-***9330
**For Period Ending:** 9/8/2017

**Trustee Name:** Mark A. Weisbart
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******9718 Checking Account
**Blanket bond (per case limit):** 300,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/05/2017 | 52013 | CROWE HORWATH LLP<br>Attn: Legal Dept.<br>P. O. Box 3697<br>Oak Brook , IL 60522-3697 | Disb of 4.91% to Claim #10 | 7100-000 | | 1,433.93 | 4.91 |
| 07/05/2017 | 52014 | DEPARTMENT OF REVENUE, COLLECTION D<br>Division<br>Bankruptcy Section<br>P. O. Box 64447 - BKY<br>St. Paul , MN 55164-0447 | Disb of 4.91% to Claim #11<br>Acct No. 75-2409330 | 7100-000 | | 4.91 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 1,438.84 |
| **COLUMN TOTALS** | 590,988.09 | 590,988.09 |
| Less:Bank Transfer/CD's | 586,175.09 | 0.00 |
| **SUBTOTALS** | 4,813.00 | 590,988.09 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 4,813.00 | 590,988.09 |

| | |
|---|---|
| All Accounts Gross Receipts: | 1,494,228.09 |
| All Accounts Gross Disbursements: | 1,494,228.09 |
| All Accounts Net: | 0.00 |

| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|
| ******3211 Checking Account | 1,489,415.09 | 903,240.00 | |
| ******9718 Checking Account | 4,813.00 | 590,988.09 | |



**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 12-42024
**Case Name:** JEM MARKETING, INC.
**Taxpayer ID No:** **-***9330
**For Period Ending:** 9/8/2017

**Trustee Name:** Mark A. Weisbart
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******9718 Checking Account
**Blanket bond (per case limit):** 300,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | **Net Totals** | | 1,494,228.09 | 1,494,228.09 | 0.00 |



**Exhibit 9**